UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **J. L. SUMMERS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-4595-AJM-SS** |
| **SOCIAL SECURITY ADMINISTRATION** | |

**REPORT AND RECOMMENDATION**

On November 17, 2010, the plaintiff, J. L. Summers ("Summers"), filed a two page statement of claim and citation in First City Court for the Parish of Orleans, State of Louisiana. Summers is appearing in proper person. The claim was for $3,000.00. Summers alleged that he was injured as a result of negligent maintenance and a faulty railing. He reported injuries to his head and knee. He attached a handwritten report by Eric Washington. Washington reported that on November 19, 2010 Summers came to him and reported that he fell in the restroom and bumped his head.[1] Summers reported that there were no witnesses to the incident. Although Washington told Summers to wait, he left. The defendant is the Social Security Administration because apparently the alleged accident occurred in its offices. Rec. doc. 1 (attachment). On December 21, 2010, the Social Security Administration ("SSA") removed the action to federal court. Rec. doc. 1. Notwithstanding the removal, Summers filed a motion to dismiss SSA in First City Court. The motion was filed on December 29, 2010 and states that he desires the dismissal of the SSA because he sued the wrong

---

[1] There is no explanation for how the date of the report of the accident is November 19, 2010, but the date of the filing of the claim was November 17, 2010.

party.[2]

Accordingly, IT IS RECOMMENDED that Summers' claim be dismissed without prejudice.

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 21st day of January, 2011.

                                              **SALLY SHUSHAN**
                                              **United States Magistrate Judge**

---

[2] A copy of the motion to dismiss is attached. It was filed in First City Court; it was not filed in federal court. The motion was sent to the court by counsel for SSA.