UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

J. L. SUMMERS                                              CIVIL ACTION

VERSUS                                                     NO: 10-4595-AJM-SS

SOCIAL SECURITY ADMINISTRATION

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the claim of J. L. Summers is dismissed without prejudice.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE